**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF FLORIDA

FILED BY ABM D.C.
SEP 30 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

ALEX MISTIVAR,

Plaintiff, Pro Se,

v.

NBC6 SOUTH FLORIDA (WTVJ), COMCAST CORPORATION,

JACKIE NESPRAL, CHRISTIAN BENAVIDES,

FEDERAL COMMUNICATIONS COMMISSION (FCC), and et al.,

Defendants.

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (42 U.S.C. §§ 1983, 1985), INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, NEGLIGENCE, AND FAILURE OF FEDERAL OVERSIGHT

## I. INTRODUCTION

1. Plaintiff, Alex Mistivar ("Plaintiff"), brings this action under 42 U.S.C. §§ 1983 and 1985 to redress the deprivation of his constitutional rights caused by the coordinated actions of NBC6 South Florida, its reporters, and the failure of the Federal Communications Commission (FCC) to exercise

proper oversight. Plaintiff also asserts supplemental state law claims for Intentional Infliction of Emotional Distress and Negligence.

## II. JURISDICTION AND VENUE

2. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343(a)(3), because this action arises under the Constitution and laws of the United States, including 42 U.S.C. §§ 1983 and 1985.

3. Venue is proper in the Southern District of Florida pursuant to 28 U.S.C. § 1391 because the acts and omissions giving rise to these claims occurred in this District.

## III. PARTIES

4. Plaintiff, Alex Mistivar, is a resident of Massachusetts, an honorably discharged veteran of the United States Marine Corps, and an indigent pro se litigant.

5. Defendant NBC6 South Florida (WTVJ) is a television station licensed to broadcast in Florida and owned by Defendant Comcast Corporation.

6. Defendant Jackie Nespral is a news anchor employed by NBC6 South Florida.

7. Defendant Christian Benavides is a reporter employed by NBC6 South Florida.

8. Defendant Federal Communications Commission (FCC) is a federal agency headquartered in Washington, D.C., charged with regulating licensed broadcasters

**IV. STATEMENT OF FACTS**

9. Defendants NBC6, through reporters Jackie Nespral and Christian Benavides, went to Plaintiff's residence and solicited statements from an unrelated individual who was neither a witness nor a direct neighbor. Despite this lack of knowledge, NBC6 broadcast those statements as though they were credible, thereby manipulating the narrative to portray Plaintiff negatively.

10. NBC6 further edited and aired courtroom footage in a manner designed to mislead the public and to suggest Plaintiff's guilt, despite the existence of evidence supporting his innocence.

11. After Plaintiff's family provided NBC6 with video evidence showing that Plaintiff was the victim of an intrusion and attack inside his own home, NBC6 ceased all communication and refused to air any follow-up coverage to correct the record.

12. Following Plaintiff's acquittal on March 7, 2024, Plaintiff personally contacted NBC6 and demanded that his mugshot and the original misleading broadcast be removed from the internet. Plaintiff also demanded that NBC6 issue a retraction or broadcast a follow-up report accurately describing the acquittal and the judicial misconduct of Judge Jeffrey Levenson. NBC6 refused these requests.

13. NBC6 continues to make transcripts and footage of the misleading broadcast available to the public, resulting in continuing emotional distress, reputational injury, and humiliation to Plaintiff.

14. NBC6's conduct was extreme and outrageous, carried out with reckless disregard for the truth and for the devastating impact upon Plaintiff's life.

15. The FCC, as the governing body charged with oversight of licensed broadcasters, has failed to investigate or sanction NBC6 despite the egregious nature of its conduct and its abuse of public airwaves to railroad Plaintiff.

16. The misconduct described herein formed part of a broader conspiracy involving state actors, including law enforcement and judicial officers, to conceal the truth and suppress Plaintiff's rights.

17. This matter is so egregious that Plaintiff went beyond the courts, the FCC, and the media, and formally contacted the White House regarding

NBC6's misconduct and the refusal to retract or correct its reporting. Plaintiff's correspondence to the White House (to be attached as an exhibit) demonstrates the extraordinary lengths to which he was forced to go in seeking justice and relief.

## V. CAUSES OF ACTION

1. COUNT I – 42 U.S.C. § 1983 (Conspiracy with State Actors to Deprive Constitutional Rights)
2. COUNT II – 42 U.S.C. § 1985(3) (Civil Conspiracy to Violate Civil Rights)
3. COUNT III – Intentional Infliction of Emotional Distress (State Law)
4. COUNT IV – Negligence (State Law)
5. COUNT V – Failure to Supervise / Regulatory Negligence (FCC)

## VI. DAMAGES

Plaintiff seeks compensatory damages in the amount of $10,000,000 (Ten Million Dollars) for emotional distress, reputational injury, therapy costs, loss of enjoyment of life, and the continuing harm caused by Defendants' actions. Plaintiff further seeks punitive damages against NBC6, Nespral, and Benavides in an amount to be determined at trial, sufficient to punish their reckless and outrageous conduct and to deter similar misconduct in the future. Plaintiff also requests declaratory and injunctive relief compelling NBC6 to issue a retraction, remove Plaintiff's mugshot and the misleading broadcast, and requiring FCC oversight and enforcement action.

## VII. PRAYER FOR RELIEF

- A. Declaratory judgment that Defendants violated Plaintiff's constitutional and civil rights;
- B. Compensatory damages in an amount to be determined at trial;
- C. Punitive damages against NBC6, Nespral, and Benavides;
- D. Injunctive relief requiring NBC6 to issue a retraction, remove false content, and broadcast follow-up coverage;
- E. Oversight and enforcement action by the FCC;
- F. Costs of suit and any other relief the Court deems just and proper.

## VIII. SERVICE OF PROCESS

Pursuant to Fed. R. Civ. P. 4(i), service upon the FCC shall be made by: (1) delivering a copy of the summons and complaint to the United States Attorney for the Southern District of Florida, 99 NE 4th Street, Miami, FL 33132; (2) sending a copy by certified mail to the Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001; and (3) sending a copy by certified mail to

the Federal Communications Commission, Office of General Counsel, 45 L Street NE, Washington, DC 20554.

Attached:

- White House correspondence (to show urgency of this matter).

- 11 Screenshots of said broadcast as evidence. (The full broadcast is available upon request from NBC6 archives) and will be submitted with discovery on a flash drive at a later date.

- email from NBC6 showing unwillingness to correct their mistake.

Respectfully submitted,

Alex Mistivar, Pro Se

173 Brookway Road

Roslindale, MA 02131

Phone: (857) 225-4405

Email: alexmistivar@gmail.com

1 MESSAGE

Summarize

**The White House** 6:30 PM

To: Alex >

# Response to your message (Intranet Quorum IMA00)

THE WHITE HOUSE

WASHINGTON

September 9, 2025

Thank you for taking the time to write and share your story with President Donald J. Trump. After careful review, we have provided the appropriate federal government agency with a copy of your letter for possible assistance or further action.

For additional information about Federal government services, please visit www.USA.gov or call 1-800-FED-INFO.

Sincerely,

The Office of Presidential Correspondence


ONLY ON 6
NEIGHBOR NIGHTMARE
ONE NEIGHBOR STABBING ANOTHER
LEAVING A MAN FIGHTING FOR HIS
NBC6 5:02 72°


ONLY ON 6
CRISTIAN BENAVIDES
>> Reporter: THAT SUSPECT
5:04 72°


ONLY ON 6
CRISTIAN BENAVIDES
NBC 6'S CRISTIAN BENAVIDES HAS
5:02 72°


ONLY ON 6
MAN STABS NEIGHBOR OVER NOISE COMPLAINT
ACCORDING TO PROSECUTORS.
5:02 72°


ONLY ON 6
MAN STABS NEI
AT THIS MULTI-FAMILY HOME WHERE
BOTH THE VICTIM AND SUSPECT
5:02 72°
6


ONLY ON 6
MAN STABS NEIGHBOR OVER NOISE COMPLAINT
MULTIPLE TIMES ACCORDING TO
5:03 72°


ONLY ON 6
MAN STABS NEIGHBOR OVER NOISE COMPLAINT
ALLEGEDLY STABBED HIS NEIGHBOR
5:02 72°


ONLY ON 6
MAN STABS NEIGHBOR OVER NOISE COMPLAINT
BECAUSE OF A LOUD MUFFLER
5:02 72°
6


MAN STABS NEIGHBOR OVER NOISE COMPLAINT
CLAIMED SELF-DEFENSE
5:03
72°
ONLY ON


MAN STABS NEIGHBOR OVER NOISE COMPLAINT
NEIGHBOR WHO'S NOW IN CRITICAL
5:02
72°
ONLY ON

10:46 5G 96

823 **4 Messages**

**Amanda Leith** 3/11/25
To: Alex Cc: Connie >

# Request to remove NBC6 article

Mr. Mistivar,

I am legal counsel for NBC6 South Florida ("NBC") and write in response to your below correspondence. We appreciated you alerting us to the resolution of your criminal case and the article at issue was removed on that basis. While we also appreciate your position that your 2022 arrest and charges were based on false information, NBC's article was an accurate report of information received from law enforcement officers and official records from that arrest and the initial court proceeding. Such reports are privileged under well-settled law known as the fair report privilege and cannot form the basis of a defamation or other tort complaint.

The laws you have cited below are inapplicable to these circumstances. Any claims based on NBC's now removed reporting are clearly barred by the fair report privilege as well as the statute of limitations, as you previously recognized. On that basis, we consider this matter closed.

Best regards,

Amanda M Leith
Vice President, Legal, NBCUniversal News Group
**NBCUniversal Media, LLC**
30 Rockefeller Plaza
New York, New York 10112